FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE 2018 JAN 29 PM 4:41

Nashville _____ DIVISION

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Regina L Gaines

933 Silverdene Place

Nashville, TN 37206
Name of Plaintiff(s)

v.

Metro General Hospital

1818 Albion St

Nashville, Tn 37208
Name of Defendant(s)

Case No. _____
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them): Discrimination race, age, sex, disability, whistleblower unlawful employement practice under Title VII, Defamation of Character, Retaliation, Sabbotage Hostile work environment

2. Plaintiff, Regina L Gaines _____ resides at

933 Silverdene Pl _____, Nashville ,
Street address                                    City

Davidson , Tennessee , 37206 , 615-594-3443
County          State        Zip Code    Telephone Number

(If more than one plaintiff, provide the same information for each plaintiff below.)

There are other employees and former employees who have been or are still being brutal notorious ganger unlawful employment behavior out of leadership.

2

3.     Defendant, <u>Metro Cuneval Hospital</u> resides at <u>1818 Albion St.</u>, <u>Nashville</u>,
Street address                                       City

<u>Davidson</u>, <u>Tennessee</u>, <u>37208</u>, <u>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</u>,
County                     State     Zip Code    Telephone Number

(If more than one defendant, provide the same information for each defendant below.)

_____

_____

_____

4.     Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

In the course of time of events that these incidence occure were between the year 2013-2014 The Plaintiffs Ms Gaines experience the most brutal working environment bullying intimidation Intentional Infliction emotional distress that no employee should have to experience in their life time and especially in health care. Out of good faith and trust of the obligation of her work ethic that Ms Gaines tried to carry out in the best professional way she could to pt she served.

FACTS

5. Prayers for Relief (List what you want to Court to do):

a. That the courts award compensatory and punitive damages in the amount of at least 300.⁰⁰ That the court award the Plantiff back pay

b. in amount determine by the trail of this case That the court grant the Plantiff the right to have a trail by jury on all issues. That

c. the court take jurisdiction of this matter That jury would award the Plantiff back pay compensatory damages and benefits. relief attorneys

d. fees. and all cost and all other appropraited damages My rights entitled to protection under federal law. under the House House Bill 1981 sign by Bill Haslam Healthy work place.

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 29 day of January 29 , 20 18 .

Respectfully Submitted
Regina Davis (Plantiff)

_____
(Signature of Plaintiff(s))